United States District Court
Southern District of Texas
**ENTERED**
August 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARLON JAIDER NUNEZ-PEREA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-4873 |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**FINAL JUDGMENT**

In an Order entered on July 6, 2026, the court granted in part the petition for a writ of habeas corpus filed by Marlon Jaider Nunez-Perea. (Docket Entry No. 6). The court determines that Final Judgment should now be entered in this matter and renders this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SIGNED on August 4, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge